IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HAIBER V. MONTEHERMOSO, )
)
        Plaintiff, )
)
        v. )    1:12-CV-1332
)
UNKNOWN SUPERINTENDENT, )
et al., )
)
        Defendants. )

## ORDER

On October 31, 2013, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed a document which the Court will treat as a timely objection [Doc. #5] to the Recommendation. The Court has reviewed Plaintiff's objections *de novo* and finds they do not warrant a different result. The Court adopts and affirms in full the United States Magistrate Judge's Recommendation. [Doc. #3.]

IT IS THEREFORE ORDERED that this action is DISMISSED *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

This, the 13th day of December, 2013.

                                              UNITED STATES DISTRICT JUDGE